JOHN J. SULLIVAN, as Surviving Trustee under the Will of JOHN J. WORDEN, Deceased, Respondent, *v.* GEORGE RINGLER & COMPANY, Appellant.

*Sullivan* v. *Ringler & Co.,* 59 App. Div. 184, affirmed.
(Argued June 18, 1902; decided June 27, 1902.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered March 16, 1901, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court.

*J. Aspinwall Hodge, Jr.*, for appellant.

*De Witt Bailey* for respondent.

Judgment affirmed, with costs, on opinion below.

Concur: PARKER, Ch. J., GRAY, O'BRIEN, BARTLETT, MARTIN, VANN and CULLEN, JJ.